STATE OF CONNECTICUT *v.* ANTHONY TEMPORALE

STATE OF CONNECTICUT *v.* PASQUALE TEMPORALE

The state's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Robert E. Beach, Jr.,* assistant state's attorney, in support of the petition.

*John R. Williams,* in opposition.

The petition by the defendant Pasquale Temporale for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

The defendants' "Cross-Petition for Certification" for appeal from the Appellate Session of the Superior Court is denied by the court.

*John R. Williams,* in support of the petitions.